ACCEPTED
14-14-00910-CR
FOURTEENTH COURT OF APPEAL
HOUSTON, TEXAS
1/22/2015 4:52:52 PM
CHRISTOPHER PRIN
CLERK

## NO. 14-14-00910-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | IN THE |
| | § | |
| **VS.** | § | **FOURTEENTH (14TH) COURT** |
| | § | |
| **ERIK MONTES DE OCA-OROZCO** | § | **OF APPEALS** |

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
1/22/2015 4:52:52 PM
CHRISTOPHER A. PRINE
Clerk

## SECOND MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

## TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes **ERIK MONTES DE OCA-OROZCO**, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.     This case is on appeal (a Habeas Corpus action) from the 185TH Judicial District Court of HARRIS County, Texas.

2.     The case below was styled the STATE OF TEXAS vs. **ERIK MONTES DE OCA-OROZCO**, and numbered 1249272-A.

3.     Appellant was assessed a sentence of 50 days in the Harris County Jail.

5.     Notice of appeal was given on October 8, 2014.

6.     The clerk's record was filed on December 1, 2014;  the reporter's record was filed on December 2, 2014 though it was not due until December 22, 2014.

7.     The appellate brief is presently due on January 22, 2015.

8.     Appellant requests an extension of time of 30 days from the present date.

9.     One prior extensions to file the brief have been received in this cause.

10.     Appellant relies on the following facts as good cause for the requested extension:

Appellant has encountered some difficulty obtaining a copy of the complete record in this

case. Appellant has started work on the brief but is unable to complete the same additional items are obtained. The record appears to be incomplete as it only pertains to the writ proceeding and not the original action that became the basis for this writ. Appellant's counsel had anticipated brief in this matter would be due around February 21, 2015 (representing 30 days following the reporter's record due date).

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Second Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

LAW OFFICE OF RUBEN FRANCO, JR.
116 West Lewis Street
Conroe, Texas 77301
Tel: (936) 441-2999
Fax: (936) 788-5670

By: _____
RUBEN FRANCO, JR.
State Bar No.: 24040928
Attorney for **ERIK MONTES DE OCA-OROZCO**

## CERTIFICATE OF SERVICE

This is to certify that on January 22, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Harris County, by United States mail.

RUBEN FRANCO, JR.